816 A.2d 1047

DIANE MANCINI, PLAINTIFF–RESPONDENT, v. TOWNSHIP OF TEANECK, TEANECK POLICE DEPARTMENT, DONALD GIANNONE, ETC., ET AL., DEFENDANTS–PETITIONERS.

February 4, 2003.

Petition for certification is granted, and the matter is summarily remanded to the Superior Court, Appellate Division, for reconsideration of its judgment in the light of the arguments of the parties in respect of the defense of laches. See, e.g., *Shepherd v. Hunterdon Developmental Center*, 174 *N.J.* 1, 803 *A.*2d 611 (2002).

Jurisdiction is not retained.